**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1535**

———————

In re:  THOMAS CREIGHTON SHRADER,


                Petitioner.

———————

On Petition for Writ of Mandamus.
(1:09-cr-00270-1)

———————

Submitted:  July 24, 2014            Decided:  July 28, 2014

———————

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Thomas Creighton Shrader, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Creighton Shrader petitions for a writ of mandamus seeking an order directing the district court to order his release or to hold a bond hearing. We conclude that Shrader is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought, In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988), and when there are no other means by which the relief sought could be granted. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).

The relief sought by Shrader is not available by way of mandamus. Accordingly, although we grant Shrader's motion to expedite decision, we deny his petition for writ of mandamus and motion for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2